Kathryn J. Halford (CA Bar No. 068141)
Email: khalford@wkclegal.com
Elizabeth Rosenfeld (CA Bar No. 106577)
Email: erosenfeld@wkclegal.com
Lauren E. Schmidt (CA Bar No. 321435)
Email: lschmidt@wkclegal.com
**WOHLNER KAPLON CUTLER**
**HALFORD & ROSENFELD**
16501 Ventura Boulevard, Suite 304
Encino, CA  91436
Telephone: (818) 501-8030 ext. 305
Facsimile: (818) 501-5306

Attorneys for Plaintiffs, Board of Trustees of
the Cement Masons Southern California Health
and Welfare Fund, et al.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS SOUTHERN CALIFORNIA HEALTH AND WELFARE FUND; BOARD OF TRUSTEES OF THE CEMENT MASONS SOUTHERN CALIFORNIA PENSION TRUST; BOARD OF TRUSTEES OF THE CEMENT MASONS SOUTHERN CALIFORNIA INDIVIDUAL RETIREMENT ACCOUNT (DEFINED CONTRIBUTION) TRUST; BOARD OF TRUSTEES OF THE ELEVEN-COUNTIES CEMENT MASONS VACATION SAVINGS PLAN; BOARD OF TRUSTEES OF THE CEMENT MASONS JOINT APPRENTICESHIP TRUST, | **CASE NO. 2:18-cv-09534-JAK-E**<br><br>The Hon. John A. Kronstadt<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE CONTEMPT FOR FAILURE TO COMPLY WITH JUDGMENT**<br><br>[Fed.R.Civ.P. 70, 71]<br><br>**DATE:** **October 7, 2019**<br>**TIME:** **8:30 A.M.**<br>**CTRM:** **10B, 10th Floor** |
| Plaintiffs, | |
| vs. | |
| MAX OUT, INC., a Nevada corporation, | |
| Defendant. | |

NOTICE OF MOTION AND MOTION BY PLAINTIFFS FOR ISSUANCE OF ORDER RE CONTEMPT FOR FAILURE TO
COMPLY WITH JUDGMENT

TO DEFENDANT, MAX OUT, INC., a Nevada corporation, and RODERICK DELTON EDISON, as Agent and Principal Officer of Max Out, Inc., and all interested parties:

NOTICE IS HEREBY GIVEN that, on October 7, 2019 at 8:30 a.m., or as soon thereafter as this matter may be heard, in the above-entitled court located at 350 West 1st Street, Los Angeles, CA 90012, Courtroom 10B, 10th Floor, Plaintiffs, the Boards of Trustees of the Cement Masons Southern California Health and Welfare Fund, the Cement Masons Southern California Pension Trust, Cement Masons Southern California Individual Retirement Account (Defined Contribution) Trust, the Eleven-Counties Cement Masons Vacation Savings Plan, and the Cement Masons Joint Apprenticeship Trust (hereinafter "Plaintiffs") will move this Court for issuance of an Order to Show Cause Re Contempt for Failure to Comply with Judgment, directing Defendant Max Out, Inc., a Nevada corporation ("Max Out" or "Defendant") and Roderick Delton Edison ("Edison"), as Agent and Principal Officer of Max Out, to show cause, if any there be, as to why Max Out and Edison should not be held in contempt for violating this Court's Order Re Plaintiffs' Motion for Entry of Default Judgment and Order for an Accounting, both of which were issued on May 2, 2019.

This motion is based upon this Notice of Motion and the Memorandum of Points and Authorities and Declarations of Michael Jolly and Lauren E. Schmidt in support thereof and submitted herewith; this Court's May 2, 2019 Order Re Plaintiffs' Motion for Entry of Default Judgment and Order for an Accounting, properly served upon Defendant on May 7, 2019 [Dkt. 20], and; all papers and pleadings on file herein and such other matters as may properly come before the Court at the hearing on this Motion.

///

///

///

1         <u>L.R. 7-3 CONFERENCE.</u>   There was no pre-filing conference because a

2    notice of default was entered on January 18, 2019 [Dkt. 11], the Order Re

3    Plaintiffs' Motion for Entry of Default Judgment and Order for an Accounting

4    were entered on May 2, 2019 [Dkts. 18, 19], and Plaintiffs served upon Defendant

5    the Order Re Plaintiffs' Motion for Entry of Default Judgment and the Order for

6    an Accounting to which Defendant failed to respond. [Dkt. 20]. Furthermore,

7    Defendant does not have counsel and is in default.

8

9    DATED: June 27, 2019               Kathryn J. Halford, Esq.

10                                      Elizabeth Rosenfeld, Esq.
                                        Lauren E. Schmidt, Esq.
11                                      **WOHLNER KAPLON CUTLER**

12                                      **HALFORD & ROSENFELD**

13

14                          By:      <u>/s/Lauren E. Schmidt</u>

15                                   Lauren E. Schmidt
                                     Attorneys for Plaintiffs
16                                   Board of Trustees of the Cement Masons
                                     Southern California Health and Welfare
17                                   Fund, et al.

18

19

20

21

22

23

24

25

26

27

28