# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Western Division

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS SOUTHERN CALIFORNIA HEALTH AND WELFARE FUND; BOARD OF TRUSTEES OF THE CEMENT MASONS SOUTHERN CALIFORNIA PENSION TRUST; BOARD OF TRUSTEES OF THE CEMENT MASONS SOUTHERN CALIFORNIA INDIVIDUAL RETIREMENT ACCOUNT (DEFINED CONTRIBUTION) TRUST; BOARD OF TRUSTEES OF THE ELEVEN-COUNTIES CEMENT MASONS VACATION SAVINGS PLAN; BOARD OF TRUSTEES OF THE CEMENT MASONS JOINT APPRENTICESHIP TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>MAX OUT, INC., a Nevada corporation,<br><br>Defendant. | **CASE NO. 2:18-cv-09534-JAK-E**<br><br>The Hon. John A. Kronstadt<br><br>**[PROPOSED]**<br><br>**ORDER TO SHOW CAUSE RE CONTEMPT FOR FAILURE TO COMPLY WITH JUDGMENT**<br><br>[Fed.R.Civ.P. 70, 71] |

The above-entitled matter came before the Honorable John A. Kronstadt, United States District Judge, presiding in Courtroom 10B of the above-entitled Court, on October 7, 2019 at 8:30 a.m., pursuant to the Motion of Plaintiffs, the Board of

Trustees of the Cement Masons Southern California Health and Welfare Fund, Board of Trustees of the Cement Masons Southern California Pension Trust, Board of Trustees of the Cement Masons Southern California Individual Retirement Account (Defined Contribution) Trust, Board of Trustees of the Eleven-Counties Cement Masons Vacation Savings Plan, and Board of Trustees of the Cement Masons Joint Apprenticeship Trust ("Plaintiffs") for Issuance of an Order to Show Cause Re Contempt for Failure to Comply With Judgment to Defendant Max Out, a Nevada corporation ("Max Out") and Roderick Delton Edison, Sr. ("Edison"), as Agent and Principal Officer of Max Out. Having considered Plaintiffs' Motion and all supporting papers and documents, and good cause appearing therefor:

1. Max Out and Edison are HEREBY ORDERED TO SHOW CAUSE, if any there be, why they should not be held in Contempt for violating this Court's May 2, 2019 Order for an Accounting. [Dkt. 19]. The hearing on the Order to Show Cause shall take place before The Honorable John A. Kronstadt, United States District Judge, on _____, 2019 at 8:30 a.m. in Courtroom 10B of the United States District Court located at 350 W. 1st Street, Los Angeles, CA 90012.

2. IT IS FURTHER ORDERED that Max Out and Edison shall file a written response or opposition not later than _____, 2019, and Plaintiffs may file a reply supporting contempt not later than _____, 2019.

Plaintiffs shall personally serve this Order on Max Out and Edison on or before _____, 2019.

3. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall have judgment in the amount of $6,600.08, consisting of $6,432.58 in attorneys' fees and $167.50 in costs.

Dated: _____        _____
                              HON. JOHN A. KRONSTADT
                              UNITED STATES DISTRICT JUDGE