**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS SOUTHERN CALIFORNIA HEALTH AND WELFARE FUND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MAX OUT, INC.,<br><br>    Defendant. | No. 2:18-cv-09534-JAK (Ex)<br><br>**JUDGMENT**<br><br>**JS-6: CASE TERMINATED** |

1    **IT IS HEREBY ADJUDGED** that Plaintiffs BOARD OF TRUSTEES OF THE
2    CEMENT MASONS SOUTHERN CALIFORNIA HEALTH AND WELFARE FUND,
3    et al., are entitled to immediate entry of default judgment against Defendant MAX OUT,
4    INC. on each cause of action in the Complaint. Judgment is entered as to the following:
5        (i)    $119,779.97 in unpaid contributions;
6        (ii)   $29,903.74 in pre-judgment interest;
7        (iii)  $12,188.87 in liquidated damages;
8        (iv)   $29,381.58 in attorney's fees;
9        (v)    $5,000.00 in audit costs;
10       (vi)   _____ in other costs; and
11       (vii)  Post-judgment interest at the rate of 5.40%, calculated as called for by 28
12              U.S.C. § 1961.

14   **IT IS HEREBY ADJUDGED** that this judgment is entered pursuant to Fed. R.
15   Civ. P. 54(b) and 55(b)(2).

18   **IT IS SO ORDERED.**

20   Dated: October 23, 2023        _____
21                                   John A. Kronstadt
22                                   United States District Judge

2